RANKIN v. HOTEL CO., *Merrick & Barnard,* for plaintiff; *Moore & Rollins,* for defendant. Affirmed on authority of *Baxter v. Baxter,* 77 N. C., 118.

WILD v. ROBERTS, *Charles A. Moore,* for defendant. Motion to docket and dismiss plaintiff's appeal under Rule 17 allowed.

KEENER v. KELLY, *Shepherd & Shepherd,* for plaintiff; *Ray* and *Sisk,* for defendant. Affirmed on authority of *Barcello v. Hapgood,* 118 N. C., 712.

MOODY v. PHILLIPS, *Kelly* and *Jones & Johnston,* for plaintiff; *Ray,* for defendant. Affirmed on authority of *Murchison v. Plyler,* 87 N. C., 79, and *Stern v. Lee,* 115, N. C., 428.

BANK v. MANUFACTURING CO., *Crawford & Hanna,* for plaintiff; *Ferguson,* for defendant. Affirmed.

OLMSTED v. DRURY, *J. T. Perkins, S. J. Ervin* and *E. J. Justice,* for plaintiff; *Avery & Avery* and *Avery & Ervin,* for the defendant. For the reasons given in *Olmsted v. Smith,* at this term, the judgment in this case is reversed.